HONORABLE ROBERT S. LASNIK

UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>SHAHAD ALMANSURI,<br><br>Defendant. | Cause No. 24-101 RSL<br><br>**ORDER DIRECTING MOTION FOR DOCUMENTS TO BE FILED EX PARTE AND UNDER SEAL** |

The Defendant has filed a motion requesting leave to file her motion for a Federal Criminal Rule 17(c) documents subpoena to the Snohomish County Sheriff's Office ex parte and under seal. The Court finds that there is good cause for the Defendant's request. Criminal Rule 17(b) permits the motion to be filed ex parte and the Defendant's motion contains information protected by the work product doctrine. Therefore, the Defendant is permitted to file the motion ex parte and the Clerk is directed to file the Defendant's Motion for a Criminal Rule 17(c)

ORDER DIRECTING MOTION FOR
DOCUMENTS SUBPOENA TO BE
FILED EX PARTE AND UNDER SEAL -
1

*Gilbert H. Levy*
Attorney at Law
2125 Western Avenue, Ste 330
Seattle, Washington 98121
(206) 443-0670  Fax: (866) 471-6818

documents subpoena along with the accompanying declaration and order under seal.

DATED THIS 19th day of May, 2025

_____
HONORABLE ROBERT S. LASNIK
U.S. DISTRICT COURT JUDGE

Presented by:

/s/Gilbert H. Levy
Gilbert H. Levy, WSBA 4805
Attorney for Defendant

ORDER DIRECTING MOTION FOR
DOCUMENTS SUBPOENA TO BE
FILED EX PARTE AND UNDER SEAL -
2

*Gilbert H. Levy*
Attorney at Law
2125 Western Avenue, Ste 330
Seattle, Washington 98121
(206) 443-0670  Fax: (866) 471-6818